WALKER v. N.C. DEPT. OF HUMAN RESOURCES

No. 557P90 (Walker)

No. 558P90 (Camp)

Case below: 100 N.C.App. 498

Petition by defendant for writ of supersedeas denied and temporary stay dissolved 10 January 1991. Petition by defendant for discretionary review in both cases pursuant to G.S. 7A-31 denied 10 January 1991.

WALL v. N.C. DEPT. OF HUMAN RESOURCES

No. 483P90

Case below: 99 N.C.App. 330

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

WEST v. SOUKKAR

No. 355P90

Case below: 99 N.C.App. 363

ˑPetition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.